# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PARKER C., through his Parents TODD and CRYSTAL C., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | No. 16-4836 |
| v. | : | |
| WEST CHESTER AREA SCHOOL DISTRICT | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 6th day of July, 2017, it is ORDERED that Defendant's Motion for Judgment on the Administrative Record (ECF No. 10) is GRANTED and Plaintiffs' Motion for Judgment on the Administrative Record (ECF No. 11) is DENIED.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to: